652

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Affirmed.

425 A.2d 835

Hart Contractors Inc. v. Paramount Supply Co., Appellant.

Argued November 13, 1979. William D. Anthony, for appellant; Dennis A. Watson, for appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Order of the lower court affirmed.

February 8, 1980.

425 A.2d 835

Commonwealth v. Dale, Appellant.

Submitted September 13, 1979. Gary S. Fronheiser, Assistant Public Defender, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.

425 A.2d 836

Commonwealth v. Dale, Appellant.

Submitted September 13, 1979. Gary S. Fronheiser, Assistant Public Defender, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.

425 A.2d 836

Commonwealth v. Dodd, Appellant.

Submitted June 12, 1978. Ronald Keeler, for appellant; Gordon E. Stroup, District Attorney, for Commonwealth, appellee.